IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| STEVEN SLADCIK, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. SA:11-CA-0529-FB |
| | § |
| MK MARLOW COMPANY LLC, MARK | § |
| MARLOW and MIKE ISBELL, | § |
| | § |
| Defendants. | § |

## AFFIDAVIT OF MARK MARLOW IN SUPPORT OF DEFENDANTS MK MARLOW COMPANY LLC, MARK MARLOW, AND MIKE ISBELL'S MOTION FOR SANCTIONS AGAINST PLAINTIFF STEVEN SLADCIK

Before me, the undersigned notary public, personally appeared Mark Marlow, who being duly sworn upon her oath did depose and state as follows:

1. My name is Mark Marlow. I am over the age of 21 and am fully competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2. I am the President and an Owner of MK Marlow Company, LLC ("MK Marlow"). As a result of my experience serving in this capacity at MK Marlow, I have personal knowledge of the facts in this affidavit and am competent to testify to all facts based on my personal knowledge and know them to be true and correct.

3. Plaintiff Steven Sladcik ("Plaintiff") was employed at MK Marlow for 16 months. During this time, he worked at various times as the Head of Safety as well as a Project Manager.

4. Plaintiff was fired from his employment because of dishonesty and poor performance. He was not fired in retaliation, as claimed. Attached hereto as Exhibit A is the Separation Agreement noting that Plaintiff was terminated due to, among other things, unsatisfactory work and dishonesty.

5.      During Plaintiff's employment at MK Marlow, it came to my attention that Plaintiff was submitting personal charges on his company issued credit card, and not reimbursing MK Marlow for the expenses incurred. The expenses included Plaintiff's cable television bill, charges at a local convenient store, and dinners and drinks at restaurants. I confronted Plaintiff about the expenses, but Plaintiff initially lied and indicated that the expenses in question were for gas for his company vehicle. I personally observed that the store where the expenses were incurred did not sell gas. Plaintiff admitted that the expenses were personal in nature. He claimed that his cable bill was mistakenly charged to the company credit card. He further told me that the personal expenses at the local store were for food, because Plaintiff was unable to afford to eat. Plaintiff signed a document admitting that he incurred personal expenses on the company credit card. Attached hereto as Exhibit B is a true and correct copy of the Notice of Unsatisfactory Performance signed by Steven Sladcik.

6.      During his employment, Plaintiff routinely failed to meet expectations when employed in his positions at MK Marlow. During his various positions at MK Marlow, I received complaints from general contractors and vendors that Plaintiff failed to plan ahead, lied to general contractors, threatened vendors, and failed to keep up with necessary paper work. In fact, one customer informed me that he did not want to work with Plaintiff again. Additionally, a longtime vendor of MK Marlow informed me that Plaintiff threatened to have his job, because the vendor could not satisfy Plaintiff's order which was untimely. *See* Exhibit B.

7.      Eventually, it was also discovered that Plaintiff had lied about his educational history on his resume that was submitted to MK Marlow. At the time that Plaintiff applied for employment at MK Marlow, Plaintiff sent a resume that indicated that he attended and graduated from Purdue University and Bradley University. Attached hereto as Exhibit C is a true and correct copy of the

email and resume received from Plaintiff, along with handwritten notes taken during a phone interview with Plaintiff.

8. At my request, Mike Isbell, Chief Operating Officer at MK Marlow, conducted a background search on Plaintiff and discovered that Plaintiff did not attend either Purdue University or Bradley University as indicated on his resume. The inquiries revealed that no records existed at either university that confirm Plaintiff's attendance. Attached hereto as Exhibit D are true and correct copies of emails documenting that Plaintiff's attendance could not be confirmed at either Purdue University or Bradley University.

9. Through a document request to Plaintiff's previous employer, MK Marlow is now aware that Plaintiff has provided different educational histories and false employment histories on other resumes. I have personally reviewed theses documents, and attest to the fact that the resumes demonstrate Plaintiff's falsification of his educational history.

10. After conducting a thorough investigation of Plaintiff's allegations in the Original Complaint ("Complaint"), I now believe that Plaintiff's lawsuit is frivolous and filed in bad faith.

11. In response to Plaintiff's claims in the Complaint, I conducted an internal investigation regarding the allegations that MK Marlow was falsifying payroll records and paying subcontractors below the prevailing wage rate as established by the Davis Bacon Act. Specifically, the investigation focused on the projects which Plaintiff alleges that he was terminated in retaliation for raising concerns about certified payroll compliance by MK Marlow. The projects are the Southern Texas Research Facility Project, the Warrior's in Transition Project, the Barracks 904 Project, and the Army Reserve Center Project (collectively, the "Projects at Issue").

12. The internal investigation did reveal that while necessary paper work may not have been filed by subcontractors; this was nothing more than a simple mistake amounting to a clerical error. Moreover the mistake was not committed with any intent to deceive or commit fraud on

employers or the government. Plaintiff never raised a concern to me or any other MK Marlow management member; rather the mistake was discovered and brought to the attention of MK Marlow management by MK Marlow employee Debbie Eblin. Plaintiff did not ever complain of or discuss any issues with certified payroll with MK Marlow management. Moreover, I never threatened Plaintiff. Upon discovering the mistake, MK Marlow immediately rectified the mistake and required certified payroll forms on all projects on which it was using subcontractors.

13. I personally verified that MK Marlow and its subcontractors always paid the prevailing wage or higher to all employees of subcontractors who were employed on the Projects at Issue. This directly contradicts Plaintiff's allegation in the Complaint that "subcontractors' workers were not being paid prevailing wages in accordance with the Davis Bacon Act as required by both federal law and the construction contracts."

14. The internal investigation also revealed that Plaintiff's allegations that Defendants failed to conduct background checks are frivolous as well. Some projects on which MK Marlow participates require that all employees must be E-Verified prior to arriving on the jobsite. E-Verification requires that the employer verify that each employee is a U.S. Citizen and/or eligible to work in the United States through an online system. The internal investigation revealed that on the Army Reserve Center Project at Fort Sam Houston, non-E-Verified employees were sent to the jobsite; however, the supervisor was instantly notified and the non-E-Verified employees were immediately told to leave the project. The employees were only on the site for one day. Plaintiff did not raise any concerns regarding E-Verification.

15. The memorandums attached to Plaintiff's Complaint as Exhibits 1 through 4 were never distributed me or any other member of MK Marlow management. Plaintiff's work computer was analyzed, and no copies or files containing the memorandums were found. It is my belief that

Plaintiff fabricated the memorandums in an attempt to support his false and frivolous claims for relief.

16. During the internal investigation, I was informed by a former MK Marlow employee that Plaintiff revealed that he had stolen materials off of my personal computer. According to the former employee, Plaintiff further stated that MK Marlow could not fire him, because he has stolen materials from my computer that he could use to embarrass me.

17. Recently, I received a package through the mail that contained materials of a very personal nature that were only contained on my personal computer. Because Plaintiff had access to my personal computer during his employment, I believe that this package was sent by Plaintiff in an attempt to blackmail, harass, and intimidate me.

18. As a result of the false allegations pled by Plaintiff, MK Marlow, Mike Isbell, and I have incurred significant costs in defending this litigation. Moreover, we suffered damages to our reputations when we were forced to explain Plaintiff's baseless allegations to third-parties—including employers—who were unrelated to this action. In particular, Plaintiff subpoenaed contractors who employ MK Marlow on projects, other than the Projects at Issue. Plaintiff's act of subpoenaing these unrelated contractors brought Plaintiff's suit to the attention of contractors which MK Marlow does business and thereby forced MK Marlow to explain Plaintiff's baseless claims to its employers. Accordingly, MK Marlow suffered damage to its reputation.

Further Affiant sayeth not.

_____
Mark Marlow

SWORN TO AND SUBSCRIBED before me on the $\underline{23}$ day of \_\_\_\_, 2011.

[Seal]

JUDY SEFCIK
My Commission Expires
September 22, 2012

_____
Notary Public, State of

$\underline{JUDY\ SEFCIK}$
[printed name]

My Commission Expires:

$\underline{9-22-2012}$



# Separation / Termination of Employment

## Employee Information

Name  Steve Sladcik

Address  244 Valona  Cibolo, TX 78108-4246

Date of Separation  April 8, 2011

SS #  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

Last Day Worked  April 8, 2011

Eligible for Rehire  Yes ☐  No ☒

## Reason For Separation

**Voluntary**

- ☐ Retirement
- ☐ Accepted Another Job Elsewhere
- ☐ Walked Off Job
- ☐ No Call/No Show/Failed to return to work
- ☐ Employee Quit with 90-Day Probation Period
- ☐ Voluntary Quit
- ☐ Never Started – Received No Check
- ☐ Other – Explain in Comments

**Involuntary** — Explain under Comments Section

- ☒ Unsatisfactory Work
- ☐ Reported to Work Under the Influences of Drugs/Alcohol
- ☐ Laid Off
- ☐ End of Seasonal/Temporary Employment
- ☐ Falsification of Employment Records
- ☐ I-9 Issues
- ☐ Substandard Performance (Not Misconduct)
- ☐ Tardiness or Absenteeism
- ☐ Breach of Company Policy
- ☒ Misconduct
- ☐ Other – Explain in Comments

## Comments

Termination due to dishonesty, untruthfulness, unacceptable behavior, and unsatisfactory work. See attached Notice of Unsatisfactory Performance dated March 10, 2011 and Employee Warning Notice dated March 18, 2011.

COPIES TO:
Employee
Employee File

_Steven W Sladcik_
Employee's Signature

Separation Termination (Form) - Steve Sladcik

Very truly yours,
**MK Marlow Company, LLC**

_Mike Ashbell_
Supervisor's Signature

Exhibit A



# Notice of Unsatisfactory Performance

Date: March 11, 2011

To: Steve Sladcik

    This memorandum confirms our meeting of March 10, 20 11 during which you were advised that your job performance has been unsatisfactory in the following respect(s):

1. Unacceptable behavior toward customers, vendors, and co-workers:
    - At least one customer has stated he did not want to work with you again. It Has also been reported that you have not been completely truthful with the same customer.
    - There have been numerous confrontational episodes with consultants, suppliers, and subcontractors.
    - Co-workers have stated extreme difficulty in working with you.
2. Dishonesty and Untruthfulness
    - Purchasing of personal items on company credit card and falsifying on company expense report.
    - Not being completely truthful with superiors, co-workers, and customers.
    - Unable to verify attendance or graduation from colleges.

    You were advised that the deficiencies must be corrected if you are to be an employee in good standing and that you should take the following actions to correct the problem(s) described above:

1. Always speak the truth when dealing with customers, co-workers, and anyone else with whom you have dealings.
2. Develop a positive, non-confrontational attitude when dealing with people.
3. Develop a cooperative, team-oriented attitude when dealing with co-workers.
4. Stop being so demanding and find more constructive ways to get the desired results. Focus on building strong relationships.
5. Do not purchase personal items and turn in on company expense report.
6. Send the company transcripts from Bradley University and Purdue University.

Notice of Unsatisfactory Performance

We have every confidence the problem(s) will be corrected, and that you will become a valued employee.

_____
Employer Supervisor

Receipt of the above notice is acknowledged:

_____
Employee

**Mike Isbell**

| | |
|---|---|
| From: | Steven W. Sladcik [adpguy@hotmail.com] |
| Sent: | Monday, September 14, 2009 11:11 AM |
| To: | Mike Isbell |
| Subject: | From Steven Sladcik Applicant for Project Management Position |
| Attachments: | Resume From Steven W. Sladcik.docx; Short Project List.docx; References 03-20-2009.docx |

MK Marlow Company LTD, LLP
Attention: Mike Isbell
2209 SW Ben Jordan St., Victoria, TX 77901
PH: (361)576-9338
FAX: (361)578-3728


Mike,

I would like to further explore the opportunity you have available for a Project Manager with MK Marlow Company, LTD, LLP. I have considered all of the posted requirements and feel my education and experience meets with what your company is looking for in a Project Manager.

I am a seasoned manager in the construction field with extensive knowledge of commercial, industrial, municipal & residential projects. I have an extensive background in estimating, project accounting, purchasing and project management. I have **over 10 years in working directly in the metal framing, drywall and exterior finishes division** in the rolls of estimating, PM and Purchasing. I have developed over the last fifteen years a practical set of skills that I impart into every project I have worked on that organizes a projects, budget, scale, scope, and delivers only the finest quality results. I have as well developed a set of problem prevention & problem solving skills that breakdown an issue thus allowing me to formulate the most logical, time sensitive and budget minded response. I am a purpose driven individual that dials into the fundamental mission of a company and delivers that purpose from project roll out to the final and most important end user the client. I have worked within well developed networks of developers, general contractors, subcontractors, distributors and material manufactures to know what each stakeholder is looking for and how to help them achieve their goals.

I have excellent computer skills that include the Microsoft Office suite including MS Project, Access & experience with Primavera along with accounting software such as J.D. Edwards, Peachtree and Timberline. I have a solid working knowledge of AutoCAD along with industry standard estimating software. I have **over 10 years experience with On Centers suite of estimating software (OST & Quickbid)** along with other estimating software such as Quickpen and the Edge estimating system. **I have worked with P2P software in the areas of file sharing, media streaming (audio, video) and discussion forums as a way to share project information with the project team including owners, architects & engineers, general contractors, subcontractors and vendors.**

I have had thus far a very rewarding career in construction because I am a **highly driven** individual with a **strong work ethic** that is focused on quality. I am not looking for just an open position or job, what I am looking for is an **opportunity to develop a career** through my hard work, dedication and results that has advancement possibilities. I am **eager to work with a stable company that values the individual and fosters a team environment.** I am a **very organized** individual with a

1

Exhibit C

great sense of humor and the desire to take each day's work and enjoy the process and results. I have a very positive and calm approach toward dealing with others and that paired with my sense of urgency to get a job done right has rewarded me in my past endeavors.

I am an excellent communicator and as a manager I have focused and built on my team's strengths and do not focus on weaknesses. I believe we all have something to learn from each other and through that process we all become better employee's and team members. I have made it a rule in my life to help others and this has rewarded me significantly in my career in construction with earning the respect and friendships of some of the finest craftsmen, contractors and suppliers in the industry.

I have excellent presentation & sales skills and I am quite at ease in making public addresses, leading meetings and presenting new concepts for consideration by both private and public sector groups. I have the ability to present a message that is both clear and concise to a wide array of individuals in the same setting.

Attached you will find my resume, a short project list and references that you can feel free to contact through any of the methods provided.

I thank you for the opportunity to be considered for the Project Management position with MK Marlow Company, LTD, LLP and I would welcome the chance to discuss the position and your firm further. I hope you have an excellent day.

Respectfully,

Steven W. Sladcik

# Steven W. Sladcik
9986 Colonial Walk South, Estero Florida, 33928 • adpguy@hotmail.com

239.287.8790

**Objective**   To work with an enthusiastic professional team that values accuracy & responsibility in the estimating, planning, implementation and completion of all projects.

**Experience**   **Chief Estimator & Head of Project Management**
09/2006 – 2/2009 The Premier Group (DLG Construction, Premier Plastering & Premier Structural Systems), Naples Florida
Coordination of all open and negotiated bids, and approved all final bid packages.
Analyzed all contract documents, granted approval for corporate signature.
Supervised all of the project accounting and purchasing.
Planned, organized and managed all commercial & municipal projects.
Implemented & maintained vendor purchasing and delivery system.

*[handwritten: Free-lance estimating presently.]*

**Director of Purchasing**
2/2004 – 9/2006 D.R. Horton Inc., Fort Myers Florida
All contract negotiations & purchase agreements.
Implemented & administrated Sarbanes-Oxley standards.
Introduced & trained the accounting, purchasing & sales divisions in J.D. Edwards.
All project accounting including owner approved change orders, AP and job cost reports.
Renegotiated contracts on four communities that totaled six million dollars in savings.
Merged two purchasing & accounting divisions to meet a new corporate standard of "accurate, decisive, innovative & versatile" purchasing & accounting methods.

*[handwritten: Amenities]*

**Project Manager**
1/2002-2/2004 Pelican Bay Development, Inc., Bonita Springs Florida
Analysis of project locations, out parcel development, entitlement process.
Budget feasibility report development that included final land cost, final construction costs (N.T.E.) & project duration schedules.
Managed our build to suit portfolio for clients such as CVS, Fresh Market, Out Back, Publix, Robb & Stucky & Walgreens.

*[handwritten: Feels stronger in G.C. than Drywall.]*
*[handwritten: Tenant Buildout]*
*[handwritten: All amenities for Dr. Horton.]*
*[handwritten: Larry Andrews / Richard Lauer]*

**Senior Project Manager**
6/2000-1/2002 AA Stucco & Drywall Inc., Naples Florida
Reorganized and expanded the project management and estimating divisions.
Implementation of project kick off meetings & project tracking to better prepare and control project costs and requirements.
Utilized negotiated labor & material costs along with project planning & scheduling to review current estimates on contracted work and renegotiate contracts for a higher percentage of profit 1.8 million saved on 16 projects.

*[handwritten: Very educated. Somewhat effiminate in his speech. Not married. 3 yr old son. Live in grandparents home.]*

**Project Manager (Special Project Division)**
7/1993 – 4/2000 The Walsh Group, Walsh Construction, Chicago Illinois
Initial position was Project Purchasing & Accounting Agent (3 years)
Assistant Project Manager (2 step promotion, managed 4 to 6 projects along with Chief PM)
Project Manager (Promoted within 6 months and received 2 Private/Public Cooperative Projects totaling 28 million USD. Early completion of both projects & a 6% reduction in total project costs.)

*[handwritten: 37 yrs. old.]*

**Education**   Purdue University, Hammond Indiana, 6/1996
MS Building Construction Management, College of Technology

Bradley University, Peoria Illinois, 8/1991
Bachelors of Science in Construction (BSC) & a Minor in Business Management

**Interests**   I am currently studying conversational Spanish.

**Professional Organizations**   American Society of Professional Estimators, American Society for Quality, 15 Year Member of Lions Club International (Current Board Member on the "Clean Water Project")

**References**   Excellent references are available on request.

# Project List

### Marco Marriott Crystal Shores, Marco Island, Florida
Hardin Construction & **Premier Plastering**
2 towers, Building A 15 stories, Building B 18stories, this was a complete renovation of the former Radisson Marco Island
Total Contracted: 14.8 Million / Estimator & Project Manager

### The Mercato, Naples, Florida
Hoar Construction, **DLG Construction & Premier Plastering**
175 residential units, approximately 330,000 square feet of retail space and 120,000 square feet of Class A office space
Total Contracted: 16.2 Million / Estimator

### Naples Community Hospital (NCH), Naples Florida
Kraft Construction, **DLG Construction, Premier Structural Systems & Premier Plastering**
West Campus Structural and Exterior Pre-Construction Upgrades (1.8 Million) / Estimator
West Campus Cancer Center Addition, 8 story treatment center (23.2 Million) / Estimator & Project Manager

### South Regional Library, Naples, Florida
DeAnglis Diamond Construction & **Premier Plastering**
A 30,000 square foot Public library located in Collier County
Total Contracted: 1.2 Million / Estimator

### The Naples Grand formally The Registry, Naples, Florida
Kraft Construction & **Premier Plastering**
A complete interior and exterior renovation of their private cottages
Total Contracted: 6.2 Million / Estimator

### Valencia Golf & Country Club (A Master Plan Community), Naples, Florida
D.R. Horton
2,100 to 4,300 square foot single family homes, 1,400 to 2,800 square foot multifamily units and a 18 hole golf course with club house with 3 community pools
Total Contracted: 16.2 Million in Single Family Homes, 8 Million in Multi-family & 2.6 Million in Amenities / Dir. Purchasing

### The River Club (A Master Plan Community), Port Charlotte, Florida
D.R. Horton
Classic Series Single Family homes 1,300 to 2,700 square foot, Signature Series Single Family homes 2,100 to 2,800 square foot, Beacon Point Series Single Family Homes 2,800 to 3,200 square foot with a Clubhouse and community pool overlooking the Peace River
Total Contracted: 13 Million in Single Family Homes, 1 Million in Amenities / Dir. Purchasing

### Ruth Page Elementary, Fort Myers, Florida
Pelican Bay Development & City of Fort Myers, FL
A joint venture with City of Fort Myers, The Fort Myers School District, K Mart Corporation and Pelican Bay Development to convert a closed K Mart store adjacent to our Alico Commons project into a temporary elementary school
Total Contracted: 2.5 Million / Project Estimator & Project Manager

### North Bay Village, Bonita Springs, Florida
Pelican Bay Development & Ramco Property Trust
A mix use business, restaurant and office development that included a Robb & Stucky(21,200sf), Bonefish Grill (8,000sf)and a three story office building(34,000)
Total Contracted: 13.5 Million, Out Parcels 6.8 Million / Land Entitlement PM, Project Estimator & Construction PM

### The Azure at Bonita Bay
The Lutgert Company, Born Craig Barber and Engel & AA Stucco and Drywall
A 25 story, Mediterranean styled tower featuring 69 tower residences
Total Contracted: 5.5 Million / Estimator

### The Aria on Park Shore, Naples Florida
The Lutgert Company, Born Craig Barber and Engel & AA Stucco and Drywall
An 18 story, tower residence with fifty-two typical residences and thirteen luxurious penthouse residences
Total Contracted: 4.5 Million / Estimator & Project Manager

### John H. Stroger Jr. Hospital, Cook County Illinois
State of Illinois, City of Chicago, Cook County Board of Governors, Cook County Community Hospital Foundation and Walsh Construction
1,200,000 square foot Medical Facility, including a Teaching Hospital, Research Facility and Trauma Unit with 4,100 total rooms
Total Contracted: 354 Million / Member of Estimating Team & Head of Minority Contract Buyout

### McCormick Place Conference Center, Arie Crown Theater, Chicago Illinois
Metropolitan Pier and Exposition Authority and Walsh Construction
45,000 square foot Renovation & Reconstruction Project that included a Theater with seating for 4,300
Total Contracted: 31 Million / Member of Estimating Team & Chief Field Estimator

### 55 East Erie, Chicago Illinois
Development Management Group, Sudler Property Management Holdings LLC, Walsh Investors LLC and Walsh Construction
The tallest all residential tower in Chicago with fifty two stories above ground and two stories below ground
Total Contracted: 121 Million / Member of Estimating Team & Chief Project Manager Interior Finishes

### Home Depot North Avenue, Chicago Illinois
Home Depot, Inc. and Walsh Construction
157,000 total square foot, 129,679 SF is retail sales, 20,703 SF is an outdoor garden center, and 6,612 SF is storage and office space
Total Contracted: 9 million / Estimator & Assistant Project Manager

### Goldman Sachs Office Build-out, 71 South Wacker, Chicago Illinois
Goldman Sachs and Company & Walsh Construction
38,000 square feet of office space on three floors
Total Contracted: 16.5 million / Estimator

### Federal Express Distribution Center, Chicago Illinois
Federal Express Corp. and Walsh Construction
112,400 square foot facility included a single story warehouse and a two story office building
Total Contracted: 7 million / Estimator

### Brookdale Living Community, Glen Ellyn Illinois
Brookdale Living Community & Trust and Walsh Construction
248,000 square foot residential community with 267 units, along with medical, recreation and dining facilities
Total Contracted: 24 million / Estimator

## Professional References

### Mr. Bill Gould
Naples Branch Manager
Osprey Building Material an Allied Building Products Corporation Division
Phone: 239-643-6606
Fax: 239-643-6696
Cell: 239-289-6006
Email: william.gould@ospreybuilding.com

### Mr. Jay Wolf
Midwest Sales & Client Recruiter
Flying J, Inc.
Phone: 952-681-2035
Cell: 801-725-5722
Email: jay.wolf@flyingj.com

### Mr. Chris Miller
Engineer / Owner
Southern Engineering of Southwest Florida
Phone: 239-768-6065
Fax: 239-694-5712
Cell: 239-898-4267
Email: baxterdecat@comcast.net

### Mr. Domenic LaGrasta
Managing Partner
**Premier Plastering**
Phone: 239-348-9299
Fax: 239-348-9399
Cell: 239-825-6777
Email: domenico@premierplastering.biz

### Mr. Stephen J Sucharski
Director of Construction
Ramco Gershenson, Property Trust
Phone: 248-592-6320
Fax: 248-592-6321
Cell: 248-763-0244
Email: ssucharski@rgpt.com

---

*[Handwritten note:]* 10/09/09 $90,000 - Base. No car allowance. G.C. in Pittsburg & S.C. have interviewed him, and he expects them to make him offers next week. His ex-wife lives in Corpus Christi, and he really likes the idea of him being near her. His son & mother would move with him. He would like to interview this week if possible.

| | |
|---|---|
| From: | Do Not Reply [donotreply@studentclearinghouse.org] |
| Sent: | Tuesday, March 01, 2011 3:00 PM |
| To: | Mike Isbell |
| Subject: | DegreeVerify Trans. #022247428: Unable To Confirm - More Information Needed |

```
**********************************************************************
This e-mail was sent from a notification-only address that cannot accept incoming e-mail.
Please DO NOT reply to this message.
**********************************************************************
```

---

IMPORTANT, PLEASE READ the following comment(s) provided by the institution:
Please verify the name. I am unable to find any records for this individual.

---

Because the information you provided did not match any records in our database, we asked the school to research your request. The school was unable to locate either a degree or enrollment record for the subject of your verification request.

We suggest that you:

-- Check that the subject's name, birth date and other personal data are correct.
-- Ensure that you have selected the correct school. Many schools are similarly named. Use the location to assist you in your selection process.
-- Resubmit your request at www.degreeverify.org if any of the information has changed.

If the subject reaffirms receipt of the academic credential, obtain a copy of the degree and fax it to us at 703-318-4058, along with the Transaction ID for this request. We will work with the school to determine whether or not the record(s) is genuine.


INFORMATION YOU PROVIDED

---

```
Subject Name
    First Name.........: STEVEN
    Middle Name........: W.
    Last Name..........: SLADCIK
Name Used While Attending School
    First Name.........:
    Middle Name........:
    Last Name..........:

School Name............: BRADLEY UNIVERSITY (001641-00)

Degree Award Year......: 1991
Degree Title...........: BACHELOR OF SCIENCE Major Course of Study..: CONSTRUCTION Attempt
To.....................: Verify a degree.
```

Disclaimer: All information verified was obtained directly and exclusively from the individual's educational institution. The Clearinghouse disclaims any responsibility or liability for errors or omissions, including direct, indirect, incidental, special or

1

Exhibit D

consequential damages based in contract, tort or any other cause of action, resulting from the use of information supplied by the educational institution and provided by the Clearinghouse. The Clearinghouse also does not verify the accuracy or correctness of any information provided by the requestor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Questions? Visit our DegreeVerify FAQs at
http://help.studentclearinghouse.org/NSCHelp/server?prj=DV_Commercial&area=DV

National Student Clearinghouse
A Non-Profit Association Founded by the Higher Education Community

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| From: | Do Not Reply [donotreply@studentclearinghouse.org] |
| Sent: | Tuesday, March 01, 2011 4:37 PM |
| To: | Mike Isbell |
| Subject: | DegreeVerify Trans. #022247327: Unable To Confirm - More Information Needed |

```
*************************************************************************
This e-mail was sent from a notification-only address that cannot accept incoming e-mail.
Please DO NOT reply to this message.
*************************************************************************
```

_____
IMPORTANT, PLEASE READ the following comment(s) provided by the institution:
SSN? Different last name?
_____

Because the information you provided did not match any records in our database, we asked the school to research your request. The school was unable to locate either a degree or enrollment record for the subject of your verification request.

We suggest that you:

-- Check that the subject's name, birth date and other personal data are correct.
-- Ensure that you have selected the correct school. Many schools are similarly named. Use the location to assist you in your selection process.
-- Resubmit your request at www.degreeverify.org if any of the information has changed.

If the subject reaffirms receipt of the academic credential, obtain a copy of the degree and fax it to us at 703-318-4058, along with the Transaction ID for this request. We will work with the school to determine whether or not the record(s) is genuine.


INFORMATION YOU PROVIDED
_____

```
Subject Name
    First Name.........: STEVEN
    Middle Name........: W.
    Last Name..........: SLADCIK
Name Used While Attending School
    First Name.........:
    Middle Name........:
    Last Name..........:

School Name............: PURDUE UNIVERSITY - CALUMET (001827-00)

Degree Award Year......: 1996
Degree Title...........: MASTER OF SCIENCE Major Course of Study..: BUILDING CONSTRUCTION
MANAGEMENT Attempt To..............: Verify a degree.
```

Disclaimer: All information verified was obtained directly and exclusively from the individual's educational institution. The Clearinghouse disclaims any responsibility or liability for errors or omissions, including direct, indirect, incidental, special or

consequential damages based in contract, tort or any other cause of action, resulting from the use of information supplied by the educational institution and provided by the Clearinghouse. The Clearinghouse also does not verify the accuracy or correctness of any information provided by the requestor.

**************************************************************************

Questions? Visit our DegreeVerify FAQs at
http://help.studentclearinghouse.org/NSCHelp/server?prj=DV_Commercial&area=DV

National Student Clearinghouse
A Non-Profit Association Founded by the Higher Education Community

**************************************************************************