IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | | |
|---|---|---|
| STEVEN SLADCIK, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. SA:11-CA-0529-FB |
| MK MARLOW COMPANY LLC, MARK MARLOW and MIKE ISBELL, | § § § § | |
| Defendants. | § | |

## DEFENDANTS' ADVISORY TO THE COURT REGARDING ATTORNEY'S FEES

TO THE HONORABLE UNITED STATES MAGISTATE JUDGE JOHN W. PRIMOMO:

Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell (collectively "Defendants") file this Advisory to the Court Regarding Attorney's Fees in response to Magistrate Primomo's March 7, 2012, Order.

1. Plaintiff initiated this lawsuit by filing his Original Complaint on June 30, 2011.

2. On March 7, 2012, Magistrate Primomo issued a Report and Recommendation granting Plaintiff's dismissal with prejudice, granting Defendants' motion for sanctions summary judgment and ordering Plaintiff to pay attorney's fees to Defendants which were reasonably incurred in the defense of this suit.

3. Pursuant to Magistrate Primomo's Order, and in support of Defendants' attorney's fees, Defendants attach the following:

    Exhibit 1  Affidavit of Michael Shaunessy

        Exhibit A  Michael Shaunessy Biography

        Exhibit B  Maria Karos Biography

        Exhibit C  Eric Johnston Biography

        Exhibit D  Sedgwick LLP Unredacted Fee Bills

WHEREFORE, PREMISES CONSIDERED, Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell pray that this Court award all attorney's fees and expenses identified herein.

Sedgwick, LLP
919 Congress Avenue, Suite 1250
Austin, Texas 78701
512.481.8400 (telephone)
512.481.8444 (telecopier)
michael.shaunessy@sedgwicklaw.com
eric.johnston@sedgwicklaw.com

By: /s/ Michael Shaunessy
Michael Shaunessy
State Bar No. 18134550

Eric A. Johnston
State Bar No. 24070009

*Attorneys for Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on March 21, 2012, I will send a copy of the foregoing, via certified mail, return receipt requested, to the following:

Mr. Steven Sladcik
244 Valona
Cibolo, Texas 78108
*Pro Se Plaintiff*

/s/ Michael Shaunessy
Michael Shaunessy
Eric A. Johnston