# Exhibit D

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

May 26, 2011
Invoice No. 1017062

For Professional Services Through April 30, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 04/14/11 | M. Shaunessy | 1.50 | Several phone conference with M. Karos regarding facts of case; review demand letter from plaintiff's counsel regarding whistleblower claims and demand to secure electronic information; research plaintiff's counsel, including reviewing information on his website about whistleblower claims; phone conference with M. Karos and M. Marlow regarding facts of case, work we need to do before moving forward, and potential strategy; conference with Eric Johnson regarding Texas Certified Payroll statute. |
| 04/15/11 | M. Shaunessy | 3.00 | Three phone conferences with Mark Marlow regarding plaintiff's access to his personal computer and email, access to other employees computers and email accounts as well as issues related to contracts requiring certified payroll; several phone conferences with local counsel regarding filing suit in Victoria seeking injunctive relief, and options for dealing with giving notice of violation of certified payroll statute; two phone conference with M. Karos regarding facts of case and investigating the plaintiff's illegal accessing of and potential deletion of materials from M. Marlow's computer system; phone conference with M. |

# Sedgwick LLP

| | | | |
|---|---|---|---|
| M.K. Marlow Company, LLC | | | May 26, 2011 |
| Sladcik, Steve v Marlow, Mark, et al. | | | Invoice No. 1017062 |
| 11310-000001 | | | Page 2 |

| | | | |
|---|---|---|---|
| | | | Marlow and M. Karos regarding moving forward with investigation, potentially filing suit of injunctive relief as well as dealing with a potential audit on a job where plaintiff worked; research regarding potential private investigator Bill Pellerin; phone conference with Bill Pellerin regarding investigating plaintiff; analysis of potential federal law claim against Plaintiff for damage drone to and removal of date from M. Marlow's computer system. |
| 04/15/11 | E. Johnston | 4.30 | Confer with client concerning letter sent from former employee S. Sladcik; confer with M. Shaunessy; review and analyze documents provided by client; conduct legal research and analysis concerning compliance with certified payroll on government projects; prepare cease and desist letter to S. Sladcik concerning interference with employees and customers of M. Marlow; multiple communications with client concerning same. |
| 04/18/11 | M. Karos | 0.00 | Telephone call with M. Marlow regarding new issues with case; work on strategy with M. Shaunessy; work on private investigator for surveillance and computer forensics; strategy with M. Shaunessy regarding case and response to demand letter. (Total time 1.6 - no charge) |
| 04/18/11 | M. Shaunessy | 2.40 | Multiple phone conferences with Mark Marlow regarding plaintiff's most recent actions and Marlow's conversations with Plaintiff's ex-girl friend; phone conferences with PI investigator regarding investigation of plaintiff as well as forensic work on IT system; review additional emails and other documents from client; work with local counsel on choice of venue, obtaining injunctive relief and strategy for dealing with potential criminal matters involving plaintiff. |
| 04/18/11 | E. Johnston | 6.10 | Prepare petition and application for permanent injunction and temporary restraining order. |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

May 26, 2011
Invoice No. 1017062
Page 3

| 04/19/11 | M. Karos | 2.00 | Email discussion with client and M. Shaunessy regarding strategy; conference call with M. Shaunessy and follow up with client regarding same; work on retaining co-counsel; work on strategy for same; conference call with client and M. Shaunessy. (Total time 3.8 discounted) |
| 04/19/11 | M. Shaunessy | 3.10 | Phone conferences with M. Marlow regarding scope of problem with certified payroll jobs, phone conferences with plaintiff's former girl friend as well as other information on plaintiff; review additional emails from plaintiff's computer; work with PI to develop investigation strategy; multiple phone calls and phone conferences with Marlows IT company regarding the results of their analysis; review letter from plaintiff's counsel and accompanying documents; phone conferences with Marlow regarding the letter from plaintiff's counsel and initiating negotiations with him. |
| 04/19/11 | E. Johnston | 4.20 | Conduct research and analysis and prepare memorandum on the penalty provisions for failure to comply with certified payroll standards (3.8); revise same (.4). |
| 04/20/11 | M. Karos | 1.00 | Review response letter and attachments from opposing counsel; review follow up emails on computer forensics and further investigation; follow up with M. Shaunessy regarding same; strategy on response to Plaintiff's allegations and falsifying records; work on same; telephone conference with M. Shaunessy regarding private investigator inquiries and strategy with opposing counsel; review status update and follow up on same (Total time discounted from 2.0 hours). |
| 04/20/11 | M. Shaunessy | 1.80 | Phone conferences with client regarding information on certified payroll contracts; review and analysis of memo regarding liability for violation of certified payroll statutes; analysis of best strategy for dealing with issues related to work done on certified payroll construction jobs; |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

May 26, 2011
Invoice No. 1017062
Page 4

| | | | |
|---|---|---|---|
| | | | several phone conferences with PI regarding moving forward with IT and investigative work; research and phone conferences with construction lawyers on whether governmental entities are prosecuting violations of certified payroll statutes as well as how to negotiation resolution. |
| 04/20/11 | J. Doss | 1.30 | Prepare engagement letter for investigative personnel to perform various investigatory services related to Steve Sladcik (1.3). |
| 04/21/11 | M. Shaunessy | 2.20 | Phone conferences with Marlow and PI regarding investigation; draft emails to PI regarding instructions on how to proceed; discussion with Marlow regarding background research on plaintiff; review additional spreadsheet on certified payroll jobs and do analysis of scope of potential claims; continue to research whether and how governmental entities are investigating and pursuing violations of the state certified payroll statute. |
| 04/22/11 | M. Shaunessy | 3.40 | Phone conferences with Mark Marlow regarding IT work, strategy moving forward and possible negotiations with Plaintiff; phone conference with others in the company regarding recovering information from computer systems and their dealings with former counsel; phone calls to plaintiff's counsel; phone conferences with PI regarding IT searches, additional investigation of the Plaintiff, phone calls and analysis of options for dealing with violations of the certified pay statutes. |
| 04/25/11 | M. Shaunessy | 2.80 | Multiple phone conferences with PI's regarding status of their work and what they are discovering about Plaintiff and his background and behavior; review and respond to emails from Marlow company regarding Plaintiff and his employment; phone conference with plaintiff's counsel regarding facts of case and return of documents; prepare email/memo regarding |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

May 26, 2011
Invoice No. 1017062
Page 5

|  |  |  | phone conversations with plaintiff's counsel; phone conference with client regarding discussions with plaintiff's counsel; review emails from client's employees regarding discussions with plaintiff's counsel; continue work on strategies for resolution of certified payroll statute violations. |
|---|---|---|---|
| 04/26/11 | M. Karos | 0.00 | Review update from discussion with Plaintiff's counsel; review email form M. Isbell with clarifications regarding same (N/C). |
| 04/26/11 | E. Johnston | 0.60 | Conduct legal research and analysis in preparation of drafting confidentiality agreement. |
| 04/27/11 | E. Johnston | 1.90 | Prepare confidentiality agreement. |
| 04/28/11 | M. Shaunessy | 2.30 | Phone conference with Plaintiff's counsel regarding contracts at issue and making a retaliation claim; analysis of necessity for giving notice to federal government regarding potential qui tam action. |
| 04/28/11 | E. Johnston | 1.70 | Review and revise confidentiality agreement (1.2); conduct legal research and analysis re: penalty term of confidentiality agreement (.5). |
| 04/29/11 | M. Shaunessy | 2.10 | Two phone conferences with Private Investigator's office regarding results of their work to date; analysis of standard for defeating application for unemployment compensation; exchange emails with M. Marlow regarding results of investigation and status of things to this point. |
| 04/29/11 | E. Johnston | 0.30 | Review and analyze Cobra Insurance packet to be delivered to S. Sladcik (.1); prepare correspondence to counsel for S. Sladcik re: post-termination benefits (.2). |

| | | |
|---|---|---|
| Total Hours | 48.00 |
| **Total Fee Amount** | **$16,954.50** |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

May 26, 2011
Invoice No. 1017062
Page 6

**Disbursements:**

| | | |
|---|---|---|
| 04/19/11 | Westlaw | 31.54 |
| 04/20/11 | Photocopy (52 @ $0.15) | 7.80 |
| 04/29/11 | Postage | 5.71 |
| 04/30/11 | Research Fees LexisNexis Risk Data Management Inc. | 22.30 |

**Total Disbursements**   **$67.35**

**Total Due**   <u>**$17,021.85**</u>

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

June 28, 2011
Invoice No. 1021402

For Professional Services Through May 31, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 05/02/11 | M. Shaunessy | 1.20 | Phone conferences with M. Marlow regarding correspondence and claims by former employee; phone conference with plaintiff's counsel regarding basis for suit; phone conferences with private investigator regarding progress on computer and non-computer investigation. |
| 05/06/11 | M. Shaunessy | 1.00 | Review materials from the private investigator's office; phone conferences with PI's office regarding computer investigation as well as setting up a conference call with Marlow; phone conference with Marlow regarding status of investigation; phone call and voice mail left with plaintiff's counsel to discuss case and get a update on their positions in this case. |
| 05/09/11 | M. Shaunessy | 1.00 | Review additional reports received from investigator; phone calls to plaintiff's office to move forward with exchange of documents and to discuss mediation; phone conferences with Mark Marlow regarding status of case and moving forward with resolution; exchange emails with investigator regarding status of and developments in investigation. |
| 05/10/11 | E. Johnston | 0.70 | Revise confidentiality agreement. |
| 05/11/11 | M. Shaunessy | 1.20 | Review and respond to emails from private investigator; phone conference with M. Marlow |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

June 28, 2011
Invoice No. 1021402
Page 2

|  |  |  | regarding investigation and invoices; phone conference with M. Marlow and investigator regarding investigation and invoices for investigation. |
|---|---|---|---|
| 05/12/11 | M. Shaunessy | 0.00 | Phone conference with M. Marlow regarding status of investigation and how to move forward; phone conference with M. Marlow and private investigator and computer expert regarding moving forward with investigation of company's computer system. (1.0 - No Charge) |
| 05/18/11 | M. Shaunessy | 0.70 | Phone conference with M. Marlow regarding whether to oppose Sladcik's application for unemployment compensation (.2); review email from PI regarding options and costs for completing computer forensic work (.2); phone conference with Mark Marlow regarding options offered for completing computer forensic work as well as phone conferences with plaintiff's counsel regarding executive of confidentiality agreement as well as agreeing that Plaintiff will not argue that not opposing unemployment compensation application was an admission of liability in any employment suit filed by plaintiff (.3) |
| 05/20/11 | E. Johnston | 0.40 | Confer with opposing counsel regarding agreement not to contest unemployment of S. Sladcik. |
| 05/23/11 | M. Shaunessy | 0.00 | Review and analyze email from PI regarding addition computer forensic work; phone conference with M. Marlow regarding email from PI and options/strategies for moving forward; phone conference with PI regarding moving forward with computer forensic work; phone conference with Marlow regarding discussions with PI. (.7 - No Charge) |
| 05/24/11 | E. Johnston | 0.40 | Review and revise plaintiff's proposed changes to confidentiality agreement. |
| 05/25/11 | M. Shaunessy | 0.40 | Review email from PI regarding completing |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

June 28, 2011
Invoice No. 1021402
Page 3

computer forensic work; phone conference with
M. Marlow regarding moving forward computer
forensic work.

|  |  |
|---|---|
| Total Hours | 7.00 |
| **Total Fee Amount** | **$2,610.00** |

**Disbursements:**

| | | |
|---|---|---|
| 05/02/11 | Telephone NEWBRNFELS TX (183)022-1131 | 0.08 |
| 05/02/11 | Telephone HOUSTON    TX (171)380-7881 | 1.56 |
| 05/11/11 | Telephone MEDICALCEN TX (121)061-6980 | 0.08 |
| 05/11/11 | Westlaw | 147.01 |
| 05/23/11 | Telephone HOUSTON    TX (171)380-7881 | 1.60 |

|  |  |
|---|---|
| **Total Disbursements** | **$150.33** |
| **Total Due** | **$2,760.33** |

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

July 21, 2011
Invoice No. 1025102

For Professional Services Through June 30, 2011:

Re:  Client: M.K. Marlow Company, LLC
     Our File No.: 11310-000001/MKK
     Steve Sladcik v. Mark Marlow

**Fees:**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/11 | J. Doss | 1.50 | Review documents received from private investigator regarding family law case in Florida (0.3); internet research regarding additional documents available in family law case and also in domestic violence case (0.7); phone conference with clerk regarding number of pages of each document we are requesting and associated costs of obtaining certified copies of each and preparation of email to clerk regarding same (0.5). |
| 06/07/11 | J. Doss | 0.60 | Prepare request for certified copies of family law and domestic violence pleadings from Florida court regarding Steve Sladcik and prepare letter to clerk transmitting check and outlining documents requested (0.6). |
| 06/09/11 | E. Johnston | 0.20 | Correspond with plaintiff's counsel regarding confidentiality agreement. |
| 06/10/11 | M. Shaunessy | 1.00 | Phone conference with Marlow regarding reaching agreement with PI regarding scope and fee for work to complete computer forensic work; phone conference with PI regarding scope and fee for completing computer forensic work; review emails from PI on charges and limitation on complete computer forensic work; phone conference with Marlow regarding limits on results of computer forensic work and giving |

# Sedgwick LLP

M.K. Marlow Company, LLC                                    July 21, 2011
Sladcik, Steve v Marlow, Mark, et al.              Invoice No. 1025102
11310-000001                                                         Page 2

|           |               |      |                                                                                                                                                                                                                  |
|-----------|---------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           |               |      | notice of claim to PI; review documents related to engagement of PI firm; draft letter to PI firm regarding claim by Marlow regarding PI work and failure to disclose the limitation on completion of work (5.4, discounted time billed). |
| 06/10/11  | J. Doss       | 0.60 | Review and revise letter to Pellerin regarding problems with work performed.                                                                                                                                      |
| 06/20/11  | J. Doss       | 3.10 | Review certified copies of documents received in family and domestic violence lawsuits from Florida and prepare memo to M. Shaunessy and M. Marlow outlining allegations and actions taken in lawsuits.           |
| 06/21/11  | J. Doss       | 1.30 | Continue to review certified copies of documents received in family and domestic violence lawsuits from Florida and prepare memo to M. Shaunessy and M. Marlow outlining allegations and actions taken in lawsuits. |
| 06/22/11  | M. Shaunessy  | 0.00 | Draft letter to IT firm challenging charges for services; phone conference with PI regarding resolution of claims; phone conference with Marlow and PI regarding resolution of potential claims as well as going forward with completion of IT search (1.1, no charge). |
| 06/28/11  | E. Johnston   | 0.40 | Conduct research and analysis regarding the establishment of a minority majority owned business entity.                                                                                                           |
| 06/30/11  | E. Johnston   | 0.20 | Confer with client regarding majority minority owned businesses.                                                                                                                                                 |

Total Hours                       8.90
**Total Fee Amount**          **$1,454.50**

135 Main St.  ■  14th Floor  ■  San Francisco, California 94105
Telephone 415.537.3000  ■  Facsimile 415.781.2635  ■  Federal Tax ID 94-1033310  ■  AR@SDMA.COM  ■  www.SesgwickLaw.com



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

July 21, 2011
Invoice No. 1025102
Page 3

**Disbursements:**

| | | |
|---|---|---|
| 06/08/11 | Photocopy (4 @ $0.15) | 0.60 |
| 06/08/11 | Copy Service Lee County Clerk of Court | 58.00 |
| 06/09/11 | Postage | 0.44 |
| 06/21/11 | Photocopy (2 @ $0.15) | 0.30 |
| 06/21/11 | Postage | 5.59 |
| 06/30/11 | Telephone VICTORIA   TX (136)157-6933 | 0.16 |

**Total Disbursements**     **$65.09**

**Total Due**     **$1,519.59**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

August 23, 2011
Invoice No. 1030268

For Professional Services Through July 31, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 07/01/11 | E. Johnston | 0.50 | Review correspondence from client re: filing of complaint (.2); review and analyze complaint filed in matter (.3); |
| 07/05/11 | J. Doss | 1.00 | Review Plaintiff's Complaint (0.3); calculate and docket due date for answer, as well as completing deadline worksheet pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Western District of Texas (0.7). |
| 07/06/11 | M. Shaunessy | 5.80 | Travel to and from San Antonio for meeting with clients to discuss case and litigation strategy; meeting with client to discuss case and litigation strategy. |
| 07/06/11 | J. Doss | 0.40 | Emails among various individuals regarding handwriting expert and follow up on same. |
| 07/08/11 | M. Shaunessy | 1.60 | Phone conference with private investigator's office regarding results of IT search; phone conference with Marlow regarding regarding results of IT search for resume; analysis of potential criminal penalties for violation of federal wage statute. |
| 07/13/11 | M. Shaunessy | 5.60 | Several phone conferences with Mark Marlow regarding case and moving forward strategy; review report from PI regarding computer forensic work; phone conferences with Sam Bassett regarding representation of Mark |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

August 23, 2011
Invoice No. 1030268
Page 2

|            |              |       | Marlow; work on answer and discovery to plaintiff. |
|------------|--------------|-------|---------------------------------------------|
| 07/18/11   | M. Shaunessy | 4.30  | Phone conference with clients regarding facts of plaintiff's work and dealings with contractors; review documents from plaintiff's divorce cases; review records from private investigator; review records from client. |
| 07/18/11   | E. Johnston  | 3.60  | Conduct legal research and analysis re: potential motion to dismiss complaint (.9); conduct legal research and analysis re: affirmative defenses to plaintiff's complaint (.8); prepare answer to complaint (1.9) |
| 07/20/11   | E. Johnston  | 0.60  | Amend answer to complaint |
| 07/21/11   | M. Shaunessy | 1.00  | Review and revise original answer; phone conference with client going over draft answer. |
| 07/21/11   | E. Johnston  | 1.50  | Confer with client re: answer to complaint filed by S. Sladcik (.9); amend answer to complaint (.6) |
| 07/25/11   | J. Doss      | 0.50  | Review order received from court and calculate and docket associated deadlines, including most deadlines covered by scheduling order (0.5). |

Total Hours             26.40
**Total Fee Amount**     **$9,277.50**

**Disbursements:**

| 07/20/11 | Telephone SANANTONIO TX (121)076-4613 | 0.08  |
|----------|----------------------------------------|-------|
| 07/21/11 | Telephone SHAVANO   TX (121)040-8669   | 51.20 |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

August 23, 2011
Invoice No. 1030268
Page 3

**Total Disbursements**  $51.28

**Total Due**  <u>$9,328.78</u>

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

September 16, 2011
Invoice No. 1033850

For Professional Services Through August 31, 2011:

Re:  Client: M.K. Marlow Company, LLC
     Our File No.: 11310-000001/MKK
     Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 08/02/11 | M. Shaunessy | 6.40 | Work on discovery requests to plaintiff; review and revise draft scheduling order; analysis of retaliation claims under qui tam statute. |
| 08/02/11 | J. Doss | 0.80 | Review court order and docket deadlines contained therein (0.2); prepare worksheet calculating and docketing all relevant deadlines pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Western District (0.6). |
| 08/05/11 | E. Johnston | 0.20 | Confer with client regarding upcoming meeting. |
| 08/05/11 | J. Doss | 0.50 | Prepare jury demand. |
| 08/09/11 | E. Johnston | 11.30 | Interview clients and employees regarding factual background of lawsuit at clients' Victoria office and San Antonio office. |
| 08/10/11 | E. Johnston | 0.30 | Correspond with opposing counsel regarding scheduling order. |
| 08/12/11 | E. Johnston | 0.20 | Correspond with plaintiff's counsel regarding filing of 26(f) scheduling order. |
| 08/16/11 | M. Karos | 0.00 | Telephone conference with M. Marlow regarding strategy (N/C). |
| 08/17/11 | M. Shaunessy | 4.50 | Outline topics to cover in witness interviews; outline materials to seek in discovery; analysis of ability to exclude evidence of violation of |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

September 16, 2011
Invoice No. 1033850
Page 2

|  |  |  |  |
|---|---|---|---|
|  |  |  | certified payroll statute from evidence in connection with qui tam retaliation suit. |
| 08/18/11 | J. Doss | 0.60 | Review court's scheduling order and calculate and docket all necessary deadlines. |
| 08/19/11 | M. Karos | 0.50 | Multiple discussions with M. Shaunessy regarding case strategy and defense; work on optimizing position in preparation for settlement negotiations. |
| 08/19/11 | M. Shaunessy | 8.40 | Interview former Marlow employee regarding her dealings and friendship with Plaintiff; interviews and litigation strategy meeting with Mark Marlow and Mike Isabell. |
| 08/22/11 | M. Shaunessy | 4.30 | Review memos from client regarding witnesses (former employees, vendors and customers) to interview as well as other matters related to the case; review plaintiff's emails from iPad. |
| 08/23/11 | M. Karos | 0.50 | Strategy discussion with M. Marlow (n/c); telephone conferences with M. Shaunessy regarding same. |
| 08/24/11 | E. Johnston | 6.50 | Prepare memorandum summarizing and analyzing interviews with MK Marlow employees. |
| 08/25/11 | M. Shaunessy | 5.30 | Phone interviews with vendors and others that worked with the plaintiff; review discovery requests from plaintiff; send memo to client regarding responding to discovery requests and status of interviews. |
| 08/25/11 | E. Johnston | 0.50 | Conduct legal research and analysis regarding plaintiff's service of discovery prior to the parties' Rule 26 conference. |
| 08/26/11 | M. Shaunessy | 3.80 | Phone interviews of former employees and vendors that worked with plaintiff. |
| 08/26/11 | E. Johnston | 3.20 | Prepare status letter to client regarding status of case and litigation handling plan. |
| 08/28/11 | E. Johnston | 4.40 | Conduct legal research and analysis regarding plaintiff's causes of action; continue to prepare |



|          |               |      | letter to client re status of matter. |
|----------|---------------|------|---------------------------------------|
| 08/29/11 | M. Shaunessy  | 5.80 | Continue to interview former employees of MK Marlow, vendors and contractors; lengthy phone conference with MK Marlow regarding status of case, interviews and discovery to the plaintiff; phone conferences with MK Marlow's personal counsel regarding status of case. |
| 08/29/11 | E. Johnston   | 0.80 | Prepare letter to opposing counsel regarding Rule 26 conference and object to discovery untimely served by plaintiff. |
| 08/31/11 | E. Johnston   | 0.30 | Confer with opposing counsel regarding Rule 26 status conference (.2); prepare written discovery (.1). |

|                    |             |
|--------------------|-------------|
| Total Hours        | 69.10       |
| **Total Fee Amount** | **$24,250.50** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/11 | Travel/Mileage Shaunessy, Michael, A. / Austin | 89.24 |
| 07/06/11 | Travel/Group Meals Shaunessy, Michael, A. / Austin | 51.84 |
| 08/01/11 | Telephone VICTORIA   TX (136)157-9927 | 0.32 |
| 08/05/11 | Telephone SHAVANO   TX (121)040-8669 | 0.16 |
| 08/05/11 | Photocopy (2 @ $0.15) | 0.30 |
| 08/09/11 | Travel/Mileage Johnston, Eric, A. / AU | 194.81 |
| 08/19/11 | Travel/Mileage Shaunessy, Michael, A. / Austin | 89.24 |
| 08/19/11 | Travel/Group Meals Shaunessy, Michael, A. / Austin | 50.00 |
| 08/20/11 | Delivery/Messenger Service Courier Depot | 22.55 |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

September 16, 2011
Invoice No. 1033850
Page 4

| 08/24/11 | Telephone SANANTONIO TX (121)082-5424 | 0.08 |
|---|---|---|
| 08/24/11 | Telephone EL PASO   TX (191)527-6386 | 0.08 |
| 08/24/11 | Telephone SANANTONIO TX (121)083-4654 | 0.08 |
| 08/29/11 | Photocopy (1 @ $0.15) | 0.15 |
| 08/29/11 | Photocopy (1 @ $0.15) | 0.15 |
| 08/29/11 | Photocopy (1 @ $0.15) | 0.15 |
| 08/30/11 | Telephone SEGUIN   TX (183)030-5126 | 1.44 |
| 08/30/11 | Telephone SANANTONIO TX (121)026-9178 | 0.08 |
| 08/31/11 | Telephone HOUSTON   TX (171)361-0389 | 3.04 |

**Total Disbursements**   $503.71

**Total Due**   $24,754.21

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

October 27, 2011
Invoice No. 1040432

For Professional Services Through September 30, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 09/01/11 | M. Shaunessy | 4.30 | Telephone conference with M. Marlow regarding association and support of his criminal defense counsel; interviews with former employees and vendors regarding their dealings with Plaintiff; work on responses to plaintiff's discovery. |
| 09/01/11 | E. Johnston | 0.20 | Confer with Plaintiff's counsel regarding issues regarding Rule 26 conference. |
| 09/02/11 | M. Shaunessy | 1.50 | Interviews of customers regarding their dealings with plaintiff; telephone conference with Marlow regarding meeting to go over discovery. |
| 09/02/11 | E. Johnston | 6.40 | Prepare request for production of documents to plaintiff to acquire plaintiff documents (6.2); prepare for Rule 26(f) conference report to the court (.2). |
| 09/07/11 | M. Shaunessy | 3.50 | Continue to interview former employees and vendors of MK Marlow regarding plaintiff and his work for MK Marlow. |
| 09/09/11 | M. Shaunessy | 5.10 | Travel to and from San Antonio for meeting with Marlow; conference with Marlow and his personal counsel to discuss suit, legal strategy and potential remedial actions to address plaintiff's claims. |
| 09/09/11 | E. Johnston | 4.30 | Continue work on written discovery including |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

October 27, 2011
Invoice No. 1040432
Page 2

|  |  |  | requests for production and preparation of interrogatories. |
|---|---|---|---|
| 09/09/11 | J. Doss | 2.60 | Work on extensive revisions of 12-page status letter to D. Mecham. |
| 09/12/11 | M. Shaunessy | 5.30 | Continue interviews of former MK Marlow employees and vendors who dealt with plaintiff; review e-mails from plaintiff's email mailbox. |
| 09/12/11 | E. Johnston | 4.20 | Continue drafting and revising written discovery to propound on plaintiff, including interrogatories and request for documents. |
| 09/13/11 | E. Johnston | 3.50 | Prepare Rule 26(f) conference report; review and revise letter to insurer; legal analysis regarding plaintiff's claims for relief under the False Claims Act; correspond with plaintiff's counsel regarding 26(f) report. |
| 09/13/11 | J. Doss | 1.20 | Continued work on 12-page status letter to D. Mecham and assist M. Shaunessy with same. |
| 09/14/11 | E. Johnston | 4.30 | Continue to prepare and revise interrogatories and requests for production and revise same; correspond with client regarding same. |
| 09/15/11 | J. Doss | 1.20 | Work on and assist E. Johnson with revision to interrogatories to plaintiffs. |
| 09/16/11 | M. Shaunessy | 6.30 | Review and revise Work on documents from plaintiff's company email account. |
| 09/16/11 | J. Doss | 1.50 | Review multiple discovery requests directed to Defendants and prepare letter to M. Marlow transmitting requests and explaining process involved in responding to requests, as well as all associated deadlines and specifically outlining which requests could be ignored because they were being handled by our office (1.3); email to E. Johnston regarding due dates for discovery requests (.2). |
| 09/19/11 | E. Johnston | 0.80 | Conduct research and analysis regarding handwriting expert (.2); conduct research and |

135 Main St.  ■  14th Floor  ■  San Francisco, California 94105
Telephone 415.537.3000  ■  Facsimile 415.781.2635  ■  Federal Tax ID 94-1033310  ■  AR@SEDGWICKLAW.COM  ■
WWW.SEDGWICKLAW.COM

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

October 27, 2011
Invoice No. 1040432
Page 3

|  |  |  |  |
|---|---|---|---|
|  |  |  | analysis regarding computer forensic expert (.2); respond to client regarding interrogatories (.1); revise interrogatories per clients recommendation (.3). |
| 09/20/11 | E. Johnston | 1.50 | Correspond with client regarding plaintiff's initial disclosures (.1); review and analyze payroll records produced by MK Marlow (.2); conduct research and analysis regarding wage rate to be paid on Warrior in Transition Project (.6); confer with client regarding contact with third-party subcontractors (.3); confer with lead trial counsel regarding same (.3). |
| 09/21/11 | M. Shaunessy | 4.90 | Telephone conferences with Mark Marlow regarding disclosures served on plaintiff, as well as additional information to seek in requests for production and interrogatories; continue to review emails in plaintiff's email mail box. |
| 09/21/11 | E. Johnston | 1.20 | Revise interrogatories to plaintiff including contentions. |
| 09/21/11 | J. Doss | 3.30 | Review documents to locate Sladcik's resume (.9); internet research regarding contact information for Sladcik's former employers (1.1); prepare letter to record retrieval service requesting depositions on written questions to all of Sladcik's former employers in order to obtain employment records (1.3). |
| 09/21/11 | J. Doss | 0.90 | Begin organization of emails from thumbdrive provided by client. |
| 09/22/11 | J. Doss | 0.60 | Prepare employment authorization for transmitting to opposing counsel for execution by Sladcik (.4); review and revise letter to record retrieval service requesting depositions on written questions to Sladcik's former employers (.2). |
| 09/23/11 | M. Shaunessy | 3.40 | Work on responses to plaintiff's discovery requests; work on getting files from plaintiff's former employers; place telephone calls to the |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

October 27, 2011
Invoice No. 1040432
Page 4

|  |  |  | persons shown as references on plaintiff's resume submitted to MK Marlow; finalize discovery requests to plaintiffs. |
|---|---|---|---|
| 09/23/11 | E. Johnston | 1.30 | Finalize request for production (.7); prepare tax form release to accompany requests for production (.2); prepare employment release to accompany request for production (.2); prepare medical release to accompany request for production (.2). |
| 09/26/11 | J. Doss | 0.70 | Continue organization of emails from thumbdrive provided by client. |
| 09/27/11 | M. Shaunessy | 2.30 | Attention to discovery requests to plaintiff; telephone conferences with M. Marlow regarding use of sub-contractor labor, pay to sub-contractors and financial on these jobs for MK Marlow. |
| 09/27/11 | E. Johnston | 1.20 | Review and analyze correspondence from client regarding billing records from Warrior in Transition and Army Reserve Center (.3); review attached accounting documents regarding same (.4); prepare letter to plaintiff's counsel regarding response to written discovery (.5). |
| 09/27/11 | J. Doss | 4.30 | Continue work on e-mails from thumbdrive provided by client and organization of same. |
| 09/28/11 | M. Shaunessy | 5.40 | Analyze records from MK Marlow regarding payroll to sub-contractors employees; telephone interviews with sub-contractors who provided employees; work on locating and contacting references listed on plaintiff's resume; analyze whether lack of violation of law is defense of a Qui Tam retaliation action. |
| 09/28/11 | E. Johnston | 1.60 | Correspond with plaintiff's counsel regarding pretrial discovery and mediation; confer with M. Shaunessy regarding same; conduct legal analysis regarding plaintiff's contention of destruction of documents and files. |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

October 27, 2011
Invoice No. 1040432
Page 5

| 09/28/11 | J. Doss | 7.00 | Work on e-mails from thumbdrive provided by client. |
| 09/29/11 | J. Doss | 7.50 | Finish work associated with download emails from thumbdrive provided by client and organization of same. |
| 09/30/11 | J. Doss | 7.70 | Begin review of emails provided by client on thumbdrive and flag key documents. |

|  | Total Hours | 111.00 |
|  | **Total Fee Amount** | **$28,750.00** |

**Disbursements:**

| 08/31/11 | Research Fees LexisNexis Risk Data Management Inc. | 26.27 |
| 09/02/11 | Telephone MEDICALCEN TX (121)061-6980 | 0.08 |
| 09/06/11 | Service of Process Austin Process LLC | 360.00 |
| 09/07/11 | Service of Process Austin Process LLC | 61.00 |
| 09/07/11 | Service of Process Austin Process LLC | 136.00 |
| 09/07/11 | Service of Process Austin Process LLC | 61.00 |
| 09/07/11 | Service of Process Austin Process LLC | 61.00 |
| 09/12/11 | Telephone MEDICALCEN TX (121)061-6980 | 1.04 |
| 09/12/11 | Westlaw | 75.45 |
| 09/12/11 | Photocopy (1 @ $0.15) | 0.15 |
| 09/13/11 | Westlaw | 139.72 |
| 09/13/11 | Westlaw | 62.64 |
| 09/16/11 | Photocopy (18 @ $0.15) | 2.70 |
| 09/16/11 | Photocopy (28 @ $0.15) | 4.20 |
| 09/27/11 | Photocopy (34 @ $0.15) | 5.10 |
| 09/27/11 | Photocopy (39 @ $0.15) | 5.85 |
| 09/28/11 | Telephone NEWBRNFELS TX (183)022-1130 | 0.16 |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

October 27, 2011
Invoice No. 1040432
Page 6

| | | |
|---|---|---|
| 09/29/11 | Photocopy (1 @ $0.15) | 0.15 |
| 09/29/11 | Photocopy (1 @ $0.15) | 0.15 |

| | |
|---|---|
| **Total Disbursements** | **$1,002.66** |
| **Sub Total Due** | **$29,752.66** |
| **Less Amount Due From Travelers** | **($20,402.66)** |
| **Your Total Due** | **9,350.00** |

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

November 18, 2011
Invoice No. 1043740

For Professional Services Through October 31, 2011:

Re:  Client: M.K. Marlow Company, LLC
     Our File No.: 11310-000001/MKK
     Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 10/01/11 | J. Doss | 6.70 | Continue review of emails provided by client on thumbdrive and flag key documents. |
| 10/02/11 | J. Doss | 5.00 | Continue review of emails provided by client on thumbdrive and flag key documents. |
| 10/03/11 | J. Doss | 2.10 | Continue review of emails provided by client on thumbdrive and flag key documents. |
| 10/04/11 | M. Shaunessy | 3.20 | Review pleadings and discovery in preparation for initial hearing; review scheduling order; phone conference with M. Marlow regarding hearing what will happen at the hearing; phone conference with M. Isbell regarding hearing and what will happen at the hearing; review plaintiff's notices to take third-party depositions. |
| 10/04/11 | J. Doss | 4.10 | Continue to review 2,000 pages of client documents for privilege, relevance and other privileges and prepare same for production, including redacting and indexing of same. |
| 10/05/11 | M. Shaunessy | 3.80 | Attend preliminary hearing, conference with M. Marlow and M. Isbell before the hearing; attend docket call and participate in hearing; conference with plaintiff's counsel after the hearing; meet with M. Marlow and M. Isbell and go over discovery requests and work on answers. |
| 10/05/11 | J. Doss | 4.00 | Continue to review 2,000 pages of client |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

November 18, 2011
Invoice No. 1043740
Page 2

| | | | |
|---|---|---|---|
| | | | documents for privilege, relevance, and other privileges and prepare same for production, including redacting and indexing of same. |
| 10/06/11 | E. Johnston | 0.50 | Correspond with client regarding status of response to plaintiff's discovery request. |
| 10/06/11 | J. Doss | 2.60 | Continue to review 2,000 pages of client documents for privilege, relevance, and other applicable privileges and prepare same for production, including redacting and indexing of same. |
| 10/07/11 | M. Shaunessy | 1.10 | Phone conferences with M. Marlow regarding depositions notices to MK Marlow general contractor clients; work on motion to quash; phone conference with records service regarding service of subpoenas and motion to quash. |
| 10/07/11 | E. Johnston | 5.30 | Multiple conference with client regarding notices of intention to take depositions on written questions; conduct legal analysis regarding depositions on written questions; prepare motions to quash and motions for protective orders; confer with plaintiff's counsel regarding deposition notices; prepare letter regarding deposition notices. |
| 10/10/11 | E. Johnston | 3.20 | Conduct legal analysis in preparation for drafting motion to quash; continue to draft motion to quash. |
| 10/11/11 | M. Shaunessy | 2.50 | Several phone conferences with contractors and attorneys for contractors who received subpoenas; work on additional discovery from plaintiff; work on locating persons who plaintiff listed as contacts on resume. |
| 10/11/11 | E. Johnston | 2.50 | Work on motion to quash and protective order. |
| 10/11/11 | J. Doss | 0.80 | Assist with preparations for initial pretrial status conference (0.1); prepare letter to court reporter (0.3); assist with motion to quash regarding third party subpoenas (0.4). |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

November 18, 2011
Invoice No. 1043740
Page 3

| 10/13/11 | E. Johnston | 3.40 | Conduct research and analysis in preparation for revising motion to quash; revise motion to quash. |
| 10/14/11 | M. Shaunessy | 0.80 | Review and revise motion to quash third-party depositions on written questions. |
| 10/14/11 | E. Johnston | 2.30 | Continued work on motion to quash; correspond with client regarding same; correspond with third-party contractors regarding subpoenas. |
| 10/17/11 | M. Shaunessy | 8.30 | Review emails from plaintiff's in box; phone conferences with MK Marlow's general contractors and their counsel regarding subpoenas sent to them and whether to respond to them; phone conferences with plaintiff's former employers; review documents produced from plaintiff's former employers; continue efforts to locate persons listed as references on plaintiff's resumes to MK Marlow and other employers; continue to interview former MK Marlow employees regarding their dealings with plaintiff. |
| 10/17/11 | E. Johnston | 3.80 | Work on responses to Plaintiff's discovery request, including interrogatories and requests for production; confer with client regarding same. |
| 10/18/11 | E. Johnston | 7.90 | Prepare responses to discovery request, including responses to request for production and interrogatories; review documents produced from former employer. |
| 10/18/11 | E. Johnston | 0.50 | Correspond with Travelers representative regarding claim; review and analyze documents received via production. |
| 10/18/11 | J. Doss | 1.30 | Assist with objections and responses to Plaintiff's Request for Production. |
| 10/19/11 | E. Johnston | 1.60 | Multiple correspondence with multiple non-party contractors who were subpoenaed in matter regarding defendants filing of motion to quash |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

|  |  |  | subpoena; corresponding with client regarding same. |
|---|---|---|---|
| 10/19/11 | J. Doss | 0.30 | Review transcript from initial pretrial conference. |
| 10/21/11 | E. Johnston | 0.60 | Correspondence with contractors regarding response to subpoena request. |
| 10/21/11 | J. Doss | 3.70 | Review 2,000 pages of client documents for privilege, relevance, and other applicable privileges, and prepare same for production, including redacting and indexing of same. |
| 10/24/11 | E. Johnston | 0.40 | Review and analyze correspondence from plaintiff regarding discovery; confer with lead trial counsel regarding same. |
| 10/24/11 | J. Doss | 1.40 | Continue to review 2,000 pages of client documents for privilege, relevance, and other applicable privileges, and prepare same for production, including redacting and indexing of same. |
| 10/26/11 | J. Doss | 2.10 | Continue to review 2,000 pages of client documents for privilege, relevance, and other applicable privileges, and prepare same for production, including redacting and indexing of same. |
| 10/27/11 | E. Johnston | 0.50 | Review and analyze produced documents from Plaintiff's employers; confer with expert witness regarding ability to analyze contents of iPhone. |
| 10/27/11 | E. Johnston | 0.40 | Conduct legal analysis regarding due date of discovery responses and responses to Motion to Quash; confer with client regarding same. |
| 10/27/11 | J. Doss | 4.00 | Continue to review 2,000 pages of client documents for privilege, relevance, and other applicable privileges, and prepare same for production, including redacting and indexing of same. |
| 10/28/11 | J. Doss | 3.50 | Continue to review 2,000 pages of client |



M.K. Marlow Company, LLC                                          November 18, 2011
Sladcik, Steve v Marlow, Mark, et al.                          Invoice No. 1043740
11310-000001                                                              Page 5

documents for privilege, relevance, and other
applicable privileges, and prepare same for
production, including redacting and indexing of
same.

| 10/31/11 | J. Doss | 4.00 | Continue to review 2,000 pages of client documents for privilege, relevance, and other applicable privileges, and prepare same for production, including redacting and indexing of same. |
| --- | --- | --- | --- |

|  |  |
| --- | --- |
| Total Hours | 98.20 |
| **Total Fee Amount** | **$21,817.50** |

**Disbursements:**

| 10/05/11 | Travel/Mileage Shaunessy, Michael, A. / Austin | 44.73 |
| --- | --- | --- |
| 10/06/11 | Telephone MEDICALCEN TX (121)061-6980 | 0.08 |
| 10/06/11 | Telephone FRATT      TX (121)064-6642 | 0.56 |
| 10/07/11 | Telephone MEDICALCEN TX (121)061-6980 | 0.56 |
| 10/07/11 | Telephone SHAVANO    TX (121)040-8915 | 0.48 |
| 10/07/11 | Telephone VICTORIA   TX (136)157-6933 | 0.32 |
| 10/10/11 | Westlaw | 211.80 |
| 10/11/11 | Telephone C CHRISTI  TX (136)188-3436 | 0.48 |
| 10/11/11 | Westlaw | 338.02 |
| 10/11/11 | Westlaw | 29.21 |
| 10/11/11 | Photocopy (3 @ $0.15) | 0.45 |
| 10/11/11 | Postage | 0.44 |
| 10/11/11 | Outside Professional Services America First | 165.50 |
| 10/11/11 | Court Reporter Transcripts Poage, Chris | 54.75 |
| 10/14/11 | Telephone PHOENIX    AZ (148)096-9000 | 0.48 |
| 10/14/11 | Telephone TEMPLE    TX (125)477-3831 | 0.48 |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

November 18, 2011
Invoice No. 1043740
Page 6

| Date | Description | Amount |
|---|---|---|
| 10/14/11 | Westlaw | 316.27 |
| 10/14/11 | Outside Professional Services America First | 146.00 |
| 10/17/11 | Telephone NEWBRNFELS TX (183)022-1130 | 0.16 |
| 10/17/11 | Telephone UNIVERSLCY TX (121)094-5171 | 0.08 |
| 10/17/11 | Telephone SHAVANO   TX (121)040-8669 | 1.52 |
| 10/18/11 | Telephone SHAVANO   TX (121)040-8669 | 0.16 |
| 10/18/11 | Telephone SHAVANO   TX (121)040-8669 | 0.16 |
| 10/18/11 | Telephone SHAVANO   TX (121)040-8669 | 0.40 |
| 10/18/11 | Postage | 7.43 |
| 10/19/11 | Telephone OKLA CITY  OK (140)523-9669 | 0.56 |
| 10/20/11 | Outside Professional Services America First | 136.50 |
| 10/21/11 | Telephone UNIVERSLCY TX (121)094-5171 | 0.08 |
| 10/27/11 | Photocopy (1 @ $0.15) | 0.15 |
| 10/28/11 | Photocopy (44 @ $0.15) | 6.60 |
| 10/28/11 | Photocopy (62 @ $0.15) | 9.30 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (24 @ $0.15) | 3.60 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (42 @ $0.15) | 6.30 |
| 10/31/11 | Photocopy (50 @ $0.15) | 7.50 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (27 @ $0.15) | 4.05 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (25 @ $0.15) | 3.75 |
| 10/31/11 | Photocopy (53 @ $0.15) | 7.95 |
| 10/31/11 | Photocopy (92 @ $0.15) | 13.80 |
| 10/31/11 | Photocopy (79 @ $0.15) | 11.85 |
| 10/31/11 | Photocopy (1 @ $0.15) | 0.15 |
| 10/31/11 | Photocopy (2 @ $0.15) | 0.30 |
| 10/31/11 | Photocopy (1 @ $0.15) | 0.15 |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

November 18, 2011
Invoice No. 1043740
Page 7

|  |  |
|---|---|
| **Total Disbursements** | **$1,585.61** |
| **Sub Total Due** | **$23,403.11** |
| **Less Amount Due From Other Carriers** | **($17,158.11)** |
| **Your Total Due** | **$6,245.00** |

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

December 29, 2011
Invoice No. 1049065

For Professional Services Through November 30, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| | | | |
|---|---|---|---|
| 11/01/11 | M. Shaunessy | 1.40 | Conferences with client regarding responding to discovery and plaintiff's failure to respond to discovery; review and respond to emails from plaintiff's counsel regarding his client's discovery responses; review documents to be produced to plaintiff to determine if they are privileged and/or responsive. |
| 11/01/11 | E. Johnston | 0.30 | Confer with client regarding status of suit. |
| 11/01/11 | J. Doss | 3.40 | Continued review of 6,000 pages of client documents for privilege, relevance, and related issues; prepare same for production, including redacting and indexing of same. |
| 11/02/11 | M. Karos | 0.20 | Review email from opposing counsel regarding withdrawal of counsel; strategy regarding consent of same and possible pursuit of legal fees. |
| 11/02/11 | J. Doss | 2.30 | Continued review of 6,000 pages of client documents for privilege, relevance and related issues; and prepare same for production, including redacting and indexing of same. |
| 11/03/11 | E. Johnston | 0.90 | Review and analyze documents produced by plaintiff to documents received from third parties for accuracy of plaintiff's work and educational history. |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

December 29, 2011
Invoice No. 1049065
Page 2

| 11/03/11 | J. Doss | 1.20 | Assist with document production and hearing of request for dismissal by plaintiffs. |
|---|---|---|---|
| 11/04/11 | M. Karos | 0.30 | Follow up on strategy regarding Motion to Withdraw; review response to opposing counsel; follow up with M. Shaunessy regarding same. |
| 11/04/11 | E. Johnston | 0.30 | Review and analyze correspondence regarding status of case and plaintiff's responses to discovery. |
| 11/07/11 | M. Karos | 0.20 | Review email from opposing counsel outlining Plaintiff's position; strategy regarding same with M. Shaunessy and possible pressure to cover costs and obtained dismissal with prejudice. |
| 11/07/11 | E. Johnston | 0.30 | Correspondence regarding entitlement to unemployment and continuance of litigation. |
| 11/08/11 | E. Johnston | 0.10 | Confer with trial counsel regarding outstanding discovery owed by plaintiff and strategy for obtaining discovery. |
| 11/12/11 | E. Johnston | 1.60 | Conduct legal analysis regarding motion to compel responses to discovery and sanctions. |
| 11/13/11 | E. Johnston | 2.10 | Prepare Motion to Compel discovery responses. |
| 11/14/11 | E. Johnston | 0.20 | Confer with trial counsel regarding future strategy. |
| 11/15/11 | E. Johnston | 0.20 | Confer with client regarding status of Motion to Compel; review scheduling order to determine whether Court leave is required to amend answer. |
| 11/18/11 | M. Karos | 0.10 | Follow up on Motion for Sanctions strategy and filing. |
| 11/21/11 | J. Doss | 0.50 | Prepare letter to record retrieval service requesting deposition on written questions to Indiana University for education records of Steven Sladcik. |
| 11/22/11 | M. Karos | 0.50 | Review of Plaintiff's Motion to Withdraw and related filings; review Defendants' Motions and related documents. |

# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

December 29, 2011
Invoice No. 1049065
Page 3

| 11/22/11 | E. Johnston | 1.20 | Revise Motion to Compel; conduct legal analysis regarding same. |
|---|---|---|---|
| 11/22/11 | E. Johnston | 2.30 | Legal analysis regarding Motion for Sanctions; prepare motion for sanctions. |
| 11/22/11 | J. Doss | 0.50 | Prepare proposed order granting Motion to Compel. |
| 11/23/11 | M. Shaunessy | 2.50 | Review and revise Motion for Sanctions; review and revise Motion to Compel answers to discovery; review plaintiff's motion to withdraw; phone conference with Travelers regarding status of case and plaintiff's offer to dismiss the case and strategy to pursue the case. |
| 11/23/11 | E. Johnston | 7.50 | Work on Motion for Sanctions; prepare affidavit regarding same; confer with client regarding same. |
| 11/23/11 | M. Masters | 0.30 | Assist with exhibits to Motion for Sanctions. |
| 11/27/11 | E. Johnston | 1.30 | Conduct legal analysis regarding counterclaims of Mark Marlow and MK Marlow Company, LLC. |
| 11/28/11 | M. Shaunessy | 1.00 | Phone conference with M. Marlow regarding status of case; work on scope of final judgment that can dismiss claims with prejudice, prohibit plaintiff from contacting defendants or their business associates and require him to pay a portion of attorney's fees incurred to date. |
| 11/28/11 | E. Johnston | 0.40 | Confer with opposing counsel regarding status of case. |
| 11/29/11 | M. Karos | 0.20 | Strategy regarding potential resolution of case. |
| 11/30/11 | M. Karos | 0.50 | Strategy conference with M. Marlow; follow up with M. Shaunessy regarding counter offer and strategy. |

|  | Total Hours | 33.80 |
|---|---|---|
|  | **Total Fee Amount** | **$9,127.50** |



M.K. Marlow Company, LLC                                                December 29, 2011
Sladcik, Steve v Marlow, Mark, et al.                                  Invoice No. 1049065
11310-000001                                                           Page 4

## Disbursements:

| Date | Description | Amount |
|---|---|---|
| 10/25/11 | Medical/Employment Records America First | 183.00 |
| 11/01/11 | Photocopy (10 @ $0.15) | 1.50 |
| 11/01/11 | Photocopy (59 @ $0.15) | 8.85 |
| 11/01/11 | Photocopy (19 @ $0.15) | 2.85 |
| 11/01/11 | Photocopy (65 @ $0.15) | 9.75 |
| 11/01/11 | Photocopy (89 @ $0.15) | 13.35 |
| 11/01/11 | Photocopy (25 @ $0.15) | 3.75 |
| 11/01/11 | Photocopy (59 @ $0.15) | 8.85 |
| 11/01/11 | Photocopy (152 @ $0.15) | 22.80 |
| 11/01/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/01/11 | Photocopy (19 @ $0.15) | 2.85 |
| 11/01/11 | Photocopy (10 @ $0.15) | 1.50 |
| 11/02/11 | Photocopy (68 @ $0.15) | 10.20 |
| 11/02/11 | Photocopy (75 @ $0.15) | 11.25 |
| 11/02/11 | Photocopy (78 @ $0.15) | 11.70 |
| 11/02/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/02/11 | Photocopy (143 @ $0.15) | 21.45 |
| 11/07/11 | Telephone GRAND PRAR TX (121)464-1465 | 3.12 |
| 11/10/11 | Outside Professional Services America First | 95.00 |
| 11/14/11 | Outside Professional Services America First | 95.00 |
| 11/21/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/21/11 | Outside Professional Services America First | 35.00 |
| 11/21/11 | Outside Professional Services America First | 95.00 |
| 11/23/11 | Telephone VICTORIA   TX (136)155-0849 | 0.16 |
| 11/23/11 | Telephone VICTORIA   TX (136)155-0849 | 0.32 |
| 11/28/11 | Telephone MEDICALCEN TX (121)061-6980 | 0.72 |



M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

December 29, 2011
Invoice No. 1049065
Page 5

|  |  |
|---|---|
| **Total Disbursements** | **$638.87** |
| **Sub Total Due** | **$9,766.37** |
| **Less Amount Due From Other Carriers** | **(6,751.37)** |
| **Your Total Due** | **3,015.00** |

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Sedgwick LLP

Mark Marlow
M.K. Marlow Company, LLC
2209 SW Ben Jordan
Victoria, TX 77901

January 24, 2012
Invoice No. 1052605

For Professional Services Through December 31, 2011:

Re:   Client: M.K. Marlow Company, LLC
      Our File No.: 11310-000001/MKK
      Steve Sladcik v. Mark Marlow

**Fees:**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | M. Karos | 0.50 | Review email from M. Shaunessy regarding court's order; review same; strategy with M. Shaunessy and M. Marlow regarding settlement counter offer; follow up with M. Marlow and M. Isbell regarding proposed agreed judgment. |
| 12/01/11 | E. Johnston | 1.50 | Prepare proposed agreed judgment; correspond with clients regarding the same. |
| 12/02/11 | M. Karos | 0.30 | Communications with clients; telephone conference with M. Shaunessy regarding settlement negotiations and strategy. |
| 12/02/11 | E. Johnston | 0.40 | Correspond with clients regarding agreed upon proposed judgment. |
| 12/05/11 | E. Johnston | 0.20 | Correspond with opposing counsel regarding proposed agreed judgment. |
| 12/12/11 | M. Karos | 0.20 | Follow up with M. Shaunessy regarding status of Agreed Judgment; strategy with M. Shaunessy on same. |

|  |  |
|---|---|
| Total Hours | 3.10 |
| **Total Fee Amount** | **$1,060.00** |



# Sedgwick LLP

M.K. Marlow Company, LLC
Sladcik, Steve v Marlow, Mark, et al.
11310-000001

January 24, 2012
Invoice No. 1052605
Page 2

**Disbursements:**

| | | |
|---|---|---:|
| 12/01/11 | Outside Professional Services America First | 95.00 |
| 12/05/11 | Outside Professional Services America First | 56.00 |
| 12/06/11 | Outside Professional Services America First | 95.00 |
| 12/06/11 | Outside Professional Services America First | 35.00 |
| 12/13/11 | Postage | 6.03 |

| | |
|---:|---:|
| **Total Disbursements** | **$287.03** |
| **Sub Total Due** | **$1,347.03** |
| **Less Amount Due From Other Carriers** | **(932.03)** |
| **Your Total Due** | **415.00** |

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |