IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | | |
|---|---|---|
| STEVEN SLADCIK, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. SA:11-CA-0529-FB |
| MK MARLOW COMPANY LLC, MARK MARLOW and MIKE ISBELL, *Defendants*. | § § § § | |

## DEFENDANTS' ADVISORY TO THE COURT REGARDING RETURNED MAIL

TO THE HONORABLE UNITED STATES MAGISTATE JUDGE JOHN W. PRIMOMO:

Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell (collectively "Defendants") file this Advisory to the Court Regarding Returned Mail related to Defendants' Advisory Regarding Attorney's Fees.

1. Plaintiff initiated this lawsuit by filing his Original Complaint on June 30, 2011.

2. On December 1, 2011, the Court allowed the withdrawal of Plaintiff's counsel and provided the following address: 244 Valona, Cibolo, Texas 78108 to effect service on Plaintiff. The Court further provided the following email address for Plaintiff: swsladcik@gmail.com.

3 On March 7, 2012, Magistrate Primomo issued a Report and Recommendation granting Plaintiff's dismissal with prejudice, granting Defendants' motion for sanctions summary judgment and ordering Plaintiff to pay attorney's fees to Defendants which were reasonably incurred in the defense of this suit.

4. On March 21, 2012, pursuant to Magistrate Primomo's Order, Defendants filef an Advisory to the Court Regarding Attorney's Fees and attached proof in support of Defendants' attorney's fees.

5. On March 21, 2012, Defendants served Plaintiff with Defendants' Advisory to the Court Regarding Attorney's Fees via certified mail, return receipt requested, to the address specified in the Court's December 1, 2011, Order.

6. However, on March 28, 2012, the envelope addressed to Plaintiff and containing Defendants' Advisory to the Court Regarding Attorney's Fees was returned "Attempted—Not Known" by the United States Postal Service. A copy of the returned envelope is attached hereto as Exhibit A.

7. Based on the fact that the advisory sent to the Court-provided address for Plaintiff via certified mail, return receipt requested, was returned, Defendants also served Plaintiff with Defendants' Advisory to the Court Regarding Attorney's Fees via the email contained in the Court's December 1, 2012, Order. Notice was sent to Plaintiff via email on March 29, 2012. A copy of the email sent to Plaintiff is attached hereto as Exhibit B.

WHEREFORE, PREMISES CONSIDERED, Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell pray that this Court award Defendants all relief to which they are entitled.

           **SEDGWICK, LLP**
           919 Congress Avenue, Suite 1250
           Austin, Texas 78701
           512.481.8400 (telephone)
           512.481.8444 (telecopier)
           michael.shaunessy@sedgwicklaw.com
           eric.johnston@sedgwicklaw.com

           By:    /s/ Michael Shaunessy
                  MICHAEL SHAUNESSY
                  State Bar No. 18134550
                  ERIC A. JOHNSTON
                  State Bar No. 24070009

*Attorneys for Defendants MK Marlow Company LLC, Mark Marlow and Mike Isbell*

### CERTIFICATE OF SERVICE

I hereby certify that, on the 29th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on March 29, 2012, I will send a copy of the foregoing via email at swsladcik@gmail.com and via certified mail, return receipt requested, and to the following:

Mr. Steven Sladcik
244 Valona
Cibolo, Texas 78108
***Pro Se Plaintiff***

           /s/ Michael Shaunessy
           Michael Shaunessy
           Eric A. Johnston

# Exhibit A

CERTIFIED MAIL

7196 9008 9040 0819 8106

RETURN RECEIPT REQUESTED

919 CONGRESS AVENUE, SUITE 1250   AUSTIN TX 78701-3056

Sedgwick LLP

ANK-

Mr. Steven Sladcik
244 Valona
Cibolo, TX 78108

☒ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS
ADDRESSED UNABLE TO FORWARD

neopost
02/21/2012
US POSTAGE $08.20
ZIP 78701
041L10218456

---

PS Form 3811, January 2005   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Please Print Clearly)   Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
CH ALONG PERFORATION

1. Article Addressed to:
Mr. Steven Sladcik
244 Valona

☒ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS
ADDRESSED UNABLE TO FORWARD

3. Service Type  CERTIFIED MAIL™
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
7196 9008 9040 0819 8106

Thank you for using Return Receipt Service

# Exhibit B

# Doss, Julie

**From:** Doss, Julie
**Sent:** Thursday, March 29, 2012 11:57 AM
**To:** 'swsladcik@gmail.com'
**Subject:** Sladcik v. Marlow
**Attachments:** 2842981_1.PDF

Dear Mr. Sladcik:

Enclosed please find Defendants' Advisory to the Court Regarding Attorney's Fees which was filed with the Court on March 21, 2012. We attempted to serve with a copy of this document by certified mail, on the same date, but it was returned "Attempted—Not Known" by the USPS.

Please provide our office with a good address for you at your earliest convenience.

Regards,


**Julie K Doss**
Legal Assistant
Julie.Doss@sedgwicklaw.com| 512.481.8400

# Sedgwick LLP

919 Congress Ave., Ste. 1250
Austin, TX 78701
512.481.8400 *phone* | 512.481.8444 *fax* | www.sedgwicklaw.com

1